UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

In re:

ERIC KRENING,

Debtor.

NO. 09-44745-PHB

DECLARATION OF KIRK GRIFFIN
IN OPPOSITION TO MICHAEL R CARYL'S
MOTION FOR RELIEF FROM STAY

My name is Kirk Griffin; my business address is 600 University Street, Suite 2100, Seattle WA 98101. I make this Declaration under penalty of perjury under the laws of the State of Washington. I am an attorney for Joy Matsuyama, Eric Krening's ex-wife.

1. Attached hereto as <u>Exhibit 1</u> is a true and correct copy of the lien(s) I filed in Superior Court for the State of Washington on behalf of Joy Matsuyama, the ex-wife of Eric Krening.

2. Attached hereto as <u>Exhibit 2</u> is a true and correct copy of RCW 60.40.010, together with the legislative history discussions surrounding the March 3rd, 2004 Amendment thereto.

3. Attached hereto as <u>Exhibit 3</u> is a true and correct copy of Judge Kimberly Prochnau's ruling dated May 6, 2009, entering Findings of Fact and Conclusions of Law Regarding Attorneys' Fees and Entering Judgment in favor of debtor Krening against

DECLARATION OF KIRK GRIFFIN - 1 of 2

(09-44745-PHB)
[Griffin Decl atty lien v. support 081109.doc]

KIRK GRIFFIN, ATTORNEY AT LAW
ONE UNION SQUARE #2100
600 UNIVERSITY STREET
SEATTLE, WA 98101
TELEPHONE: (206) 676-7500/ FAX: (206) 676-7575
E-mail: kirk@kgriffinlaw.com

Marsha Wharton and Paul Smith. Although the printed Special Verdict was dated April 17, 2009, it was not completed, signed, or filed by Judge Prochnau before May 6th, 2009.

Signed at Seattle, Washington this 12th day of August, 2009.

_____
Kirk Griffin, WSBA #6605
Attorney for Joy Matsuyama

DECLARATION OF KIRK GRIFFIN - 2 of 2

(09-44745-PHB)
[Griffin Decl atty lien v. support 081109.doc]

KIRK GRIFFIN, ATTORNEY AT LAW
ONE UNION SQUARE #2100
600 UNIVERSITY STREET
SEATTLE, WA 98101
TELEPHONE: (206) 676-7500/ FAX: (206) 676-7575
E-mail: kirk@kgriffinlaw.com