LINDA LINGLE
GOVERNOR

MARK J. BENNETT
ATTORNEY GENERAL

GARRY L. KEMP
ADMINISTRATOR



**STATE OF HAWAII**
**DEPARTMENT OF THE ATTORNEY GENERAL**
**CHILD SUPPORT ENFORCEMENT AGENCY**
OAHU BRANCH
Kakuhihewa Building
601 Kamokila Boulevard, Suite 251
Kapolei, Hawaii 96707-2021
Oahu: (808) 692-8265  All others: 1-888-317-9081  Fax: (808) 692-7060

# CERTIFICATION OF ACCOUNT BALANCE

Case Number       : 7611654             Docket Number: FC-D No. 01-1-3873
Custodial Parent    : JOY REIKO MATSUYAMA
Non-Custodial Parent  : ERIC TIMOTHY KRENING
Children & Date of Birth:

| Child Name | Child Birth |
|---|---|
| JARED T S KRENING | 1/31/1995 |
| EMMA E R KRENING | 8/7/1998 |

This report reflects the balance of the docket number identified above as of 4/30/2009.

| | STATE | PAYEE/OBLIGEE | OTHER |
|---|---|---|---|
| Total | $-.--- | $29,120.00 | $-.--- |

     I hereby certify and state under penalty of perjury that this information is a true statement. This information was taken from the official records of the Child Support Enforcement Agency for the above mentioned obligor's child(ren) with no deletions or changes having been made.

Prepared by: _____ Date: May 28, 2009
             MYUNGHEE MIN
             Child Support Enforcement Agency

Approved by: _____ Date: 05/29/2009
Branch Supervisor
Child Support Enforcement Agency.

FFI901 Rev. 5

# CHILD SUPPORT ENFORCEMENT AGENCY
## MONTH-TO-MONTH TRANSACTION SUMMARY

NCP:    KRENING, ERIC T        CP:    MATSUYAMA, JOY R

CASE NO:    7611654        Preparation Date:    05/28/2009

DOCKET NO:    FC-D No. 01-1-3873        Payments Received as of Date:    4/31/09

YEAR: 2007

| MONTH | ORDERED | PAYMENT | DATE |
|-------|---------|---------|------|
| JAN | $1,040.00 | $0.00 | |
| FEB | $1,040.00 | $0.00 | |
| MAR | $1,040.00 | $0.00 | |
| APRIL | $1,040.00 | $0.00 | |
| MAY | $1,040.00 | $0.00 | |
| JUNE | $1,040.00 | $0.00 | |
| JULY | $1,040.00 | $0.00 | |
| AUG | $1,040.00 | $0.00 | |
| SEPT | $1,040.00 | $0.00 | |
| OCT | $1,040.00 | $0.00 | |
| NOV | $1,040.00 | $0.00 | |
| DEC | $1,040.00 | $0.00 | |
| TOTAL | $12,480.00 | $0.00 | |

YEAR: 2008

| MONTH | ORDERED | PAYMENT | DATE |
|-------|---------|---------|------|
| JAN | $1,040.00 | $0.00 | |
| FEB | $1,040.00 | $0.00 | |
| MAR | $1,040.00 | $0.00 | |
| APRIL | $1,040.00 | $0.00 | |
| MAY | $1,040.00 | $0.00 | |
| JUNE | $1,040.00 | $0.00 | |
| JULY | $1,040.00 | $0.00 | |
| AUG | $1,040.00 | $0.00 | |
| SEPT | $1,040.00 | $0.00 | |
| OCT | $1,040.00 | $0.00 | |
| NOV | $1,040.00 | $0.00 | |
| DEC | $1,040.00 | $0.00 | |
| TOTAL | $12,480.00 | $0.00 | |

NOTES:

A = arrears      ( ) = refunds/negative payment adjustment      ** = others

# CHILD SUPPORT ENFORCEMENT AGENCY
## MONTH-TO-MONTH TRANSACTION SUMMARY

NCP: KRENING, ERIC T

CASE NO: 7611654

DOCKET NO: FC-D No. 01-1-3873

CP: MATSUYAMA, JOY R

Preparation Date: 05/28/2009

Payments Received as of Date: 4/31/09

YEAR: 2009

| MONTH | ORDERED | PAYMENT | DATE |
|-------|---------|---------|------|
| JAN | $1,040.00 | $0.00 | |
| FEB | $1,040.00 | $0.00 | |
| MAR | $1,040.00 | $0.00 | |
| APRIL | $1,040.00 | $0.00 | |
| MAY | | | |
| JUNE | | | |
| JULY | | | |
| AUG | | | |
| SEPT | | | |
| OCT | | | |
| NOV | | | |
| DEC | | | |
| TOTAL | $4,160.00 | $0.00 | |

YEAR:

| MONTH | ORDERED | PAYMENT | DATE |
|-------|---------|---------|------|
| JAN | | | |
| FEB | | | |
| MAR | | | |
| APRIL | | | |
| MAY | | | |
| JUNE | | | |
| JULY | | | |
| AUG | | | |
| SEPT | | | |
| OCT | | | |
| NOV | | | |
| DEC | | | |
| TOTAL | $0.00 | $0.00 | |

NOTES:

A = arrears    ( ) = refunds/negative payment adjustment    ** = others

# STATE OF HAWAII
## FAMILY COURT OF THE FIRST CIRCUIT

## CHILD SUPPORT GUIDELINES WORKSHEET

**CASE NUMBER**
**FC-D No. 01-1-3873**

ERIC TIMOTHY KRENING

PLAINTIFF/PETITIONER ☐ Mother ☒ Father

vs.

**09-3-04569-4** SEA

JOY MATSUYAMA

DEFENDANT/RESPONDENT ☒ Mother ☐ Father

This document is prepared by
☐ Plaintiff ☐ Defendant ☐ Atty. for Plaintiff ☒ Atty. for Defendant

EVERETT CUSKADEN, Esq.   1296-0
Name
EVERETT CUSKADEN
1188 Bishop Street
Suite 1401
Address
Honolulu, HI 96813
City, State, Zip
Tel: 808-545-1331 Fax: 808-545-1911
Telephone

| Line | | FATHER (A) | MOTHER (B) | TOTAL (C) |
|---|---|---|---|---|
| Line 1 | **BASE PRIMARY SUPPORT** $250 x __2__ (# of children) | | | 500 |
| 2 | **Plus** Monthly Child Care Expenses | | + | |
| 3 | **Plus** Monthly Health/Dental Insurance for the Child(ren) | | + | 53 |
| 4 | **PRIMARY SUPPORT NEED** (add lines 1, 2 and 3) | | = | 553 |
| | | **FATHER (A)** | **MOTHER (B)** | **TOTAL (C)** |
| 5 | **Parents's SOLA Income** (from Table) | 4382 + | 8807 | = 13189 |
| 6 | **Less** PRIMARY SUPPORT NEED (from line 4) | | | - 553 |
| 7 | **Parents' Net SOLA Income** (line 5 - line 6) | | | 12636 |
| 8 | **SOLA Percentage, 10% per child, up to 30%** | | | x 20 % |
| 9 | **SOLA OBLIGATION** (line 7 x line 8) | | | 2527.2 |
| 10 | **TOTAL SUPPORT NEED** (line 4 + line 9) | | | 3080.2 |
| | | **FATHER (A)** | **MOTHER (B)** | **TOTAL (C)** |
| 11 | **Monthly Gross Income** | 5200 + | 9565 | = 14765 |
| 12 | **Monthly Net Income** (from Table) | 2670 + | 5199 | = 7869 |
| 13 | **Income Percentage** (line 12 (A) ÷ line 12(C)) or (line 12(B) ÷ line 12(C)) | 33.9 % | 66.1 % | 70% of Father's Net Income: $1869 |
| 14 | **Support Payable By Each Parent** (line 10) x Parent's (line 13) % | 1044.00 | 2036.00 | |
| 15 | **Less** Monthly Child Care Expense for Parent Who Pays | - | | 70% of Mother's Net Income: $3639 |
| 16 | **Less** Monthly Health Insurance Cost for Parent Who Pays | - | 53 | |
| 17 | **REMAINING CHILD SUPPORT PAYABLE BY EACH PARENT** (Round to nearest $10.00) | 1040.00 | 1980.00 | |

**RECEIVED**

**FEB 2 3 2007**

nr

**FAMILY COURT, FIRST JUDICIAL CIRCUIT**

18 ☐ Mother ☒ Father pays to ☒ Mother ☐ Father in child support for a total of $1040.00 per month ($ __520.00__ per child per month). ☒ Mother ☐ Father pays health insurance. ☐ Mother ☐ Father pays child care expenses.

I ACKNOWLEDGE THAT THE ABOVE INFORMATION IS CORRECT.

For Court Use Only

Father _____ Date _____

Mother _____ Date _____

For exceptional circumstances see attached Exceptional Circumstances Form.
For joint physical custody calculations or visitation 143 days or over per year, see Child Support Guidelines Worksheet For Joint Custody/Extensive Visitation and enter amounts on line 18.

CSG.10/98

FILE COPY

2007 MAR -7 PM 2:10
X. N. ANAYA
CLERK

1ST CIRCUIT COURT
STATE OF HAWAII
FILED

I do hereby certify that this is a full, true and correct copy of the original on file in this office.

_____
Clerk, Circuit Court, First Circuit

| FAMILY COURT FIRST CIRCUIT STATE OF HAWAII | **ORDER** [X] Granting [ ] Denying [ ] in Part [ ] Continuing [ ] Oral [X] Re: Defendant's [ ] Motion to [ ] Continue [ ] Withdraw [X] Motion and Affidavit for Post-Decree Relief | CASE NUMBER FC-D No. 01-1-3873 |
|---|---|---|

| ERIC TIMOTHY KRENING | This document is prepared by: |
|---|---|
| PLAINTIFF, | [X] Attorney for [ ] Plaintiff [X] Defendant |
| .09-3-04 5 6 9 - 4 SEA | Everett Cuskaden, Esq. 1296-0 |
| VS. | EVERETT CUSKADEN & ASSOCIATES |
| | 707 Richards Street, Suite 528 |
| JOY MATSUYAMA | Honolulu, Hawaii 96813 |
| DEFENDANT. | Phone: (808) 545-1331 |
| | Fax: (808) 545-1911 |

| Motion Filed On: April 11, 2007 | Judge: Karen M. Radius | Hearing Date: May 9, 2007 |
|---|---|---|

Present at the Hearing:    [ ] Plaintiff    [X] Attorney for Plaintiff   Francis T. O'Brien

[X] Defendant    [X] Attorney for Defendant   Everett Cuskaden *and*   *Kaha Cuskaden*

[ ] Other:

[ ] Attorney _____ [ ] Plaintiff [ ] Defendant was/were duly served but failed to appear.

Based upon the representation/record made, IT IS HEREBY ORDERED that the [ ] oral motion is [ ] granted    [ ] denied    [ ] granted in part    [ ] denied in part as follows:

① The motion is granted.

② Child support arrears owed by Plaintiff through May 31, 2007 is $5,200 and Judgment in that amount is entered against Plaintiff. Judgment is entered forthwith and statutory interest shall apply to the judgment amount.

③ Attorney's fees to Defendant are granted. Defendant's counsel shall present an affidavit reflecting the legal fees incurred in this motion and submit it to the court

[X] \_ Continuation Page(s) Attached. Signatures on Last Page.

APPROVED:

| [ ] Form | [ ] Content | _____ Plaintiff |
|---|---|---|
| [ ] Form | [ ] Content | _____ Defendant |
| [ ] Form | [ ] Content | _____ Attorney/Plff |
| [ ] Form | [ ] Content | _____ Attorney/Deft |
| [ ] Form | [ ] Content | _____ Other |

| Date | Judge |
|---|---|
| | see page 2 - |

see page 2 - 
1 of 2

FILE COPY

FOR COURT USE ONLY

2007 MAY 10 PM 4: 07
N. ANAYA
CLERK
1ST CIRCUIT COURT
STATE OF HAWAII
FILED

I do hereby certify that this is a full, true and correct copy of the original on file in this office.

_____
Clerk, Circuit Court, First Circuit

11/05

EXPEDITED ORDER - SHORT FORM

ERIC TIMOTHY KRENING

_____
Petitioner/Plaintiff

VS.

JOY MATSUYAMA

_____
Defendant

This document is prepared by:
[X] Attorney for  [ ] Plaintiff [X] Defendant

Everett Cuskaden, Esq.        1296-0
EVERETT CUSKADEN & ASSOCIATES
707 Richards Street, Suite 528
Honolulu, Hawaii 96813
Phone: (808) 545-1331
Fax: (808) 545-1911

with a copy to Mr. O'Brien who shall have 10 days to submit his response. The court will then determine the amount of legal fees to be awarded to Defendant.

4) Plaintiff is ordered to pay his 'line 13' share of the private school tuition of the children. The amount owed by Plaintiff for the Jan. 2007 through June 2007 period/semester shall be determined by applying Plaintiff's line 13 ration of the filed CSGW to the tuition expenses of both children for the above period. Defendant shall submit an affidavit with supporting documents, as to the amount of tuition that was/is due for the time period, to include invoices, and payments made. The current ratio for Plaintiff reflected by the filed CSGW is believed to be 33.9%. The court will determine the final amount owed by Plaintiff for his share of the Jan. 2007 to June 2007 tuition of the children and submit an appropriate order. Judgment on that amount is to enter upon the filing of the order, with ~~statutory~~ interest

Dated:  Honolulu, Hawaii  _____ MAY 1 0 2007

_____
JUDGE OF THE ABOVE ENTITLED COURT
KAREN M. RADIUS

APPROVED:
[ ] Form  [ ] Content  _____
[X] Form  [ ] Content  _____
[ ] Form  [ ] Content  _____ (Plaintiff)
[ ] Form  [ ] Content  _____ (Defendant)

| FAMILY COURT FIRST CIRCUIT STATE OF HAWAII | ORDER [X] Granting [X] Denying [X] in Part [ ] Continuing [ ] Oral [X] Re: Defendant's [ ] Motion to [ ] Continue [ ] Withdraw [X] Motion to Compel Discovery and for Sanctions et al | CASE NUMBER FC-D No. 01-1-3873 |
|---|---|---|

| | |
|---|---|
| ERIC TIMOTHY KRENING<br><br>PLAINTIFF,<br><br>**09 - 3 - 0 4 5 6 9 - 4** SEA<br>VS.<br><br>JOY MATSUYAMA<br><br>DEFENDANT. | This document is prepared by:<br>[X] Attorney for [ ] Plaintiff [X] Defendant<br><br>Everett Cuskaden, Esq. 1296-0<br>EVERETT CUSKADEN & ASSOCIATES<br>707 Richards Street, Suite 528<br>Honolulu, Hawaii 96813<br>Phone: (808) 545-1331<br>Fax: (808) 545-1911 |

| Motion Filed On: September 21, 2006 | Judge: Christine E. Kuriyama | Hearing Date: September 28,2006 |
|---|---|---|

Present at the Hearing: [ ] Plaintiff [X] Attorney for Plaintiff Francis T. O'Brien
[ ] Defendant [X] Attorney for Defendant Everett Cuskaden
[ ] Other: _____

[ ] Attorney _____ [ ] Plaintiff [ ] Defendant was/were duly served but failed to appear.

Based upon the representation/record made, IT IS HEREBY ORDERED that the [ ] oral motion is [ ] granted [ ] denied [ ] granted in part [ ] denied in part as follows:

Pursuant to the September 29, 2006 Order Granting Denying in Part Re: Defendant's Motion to to Compel Discovery and for Sanctions et al, the amount of $ *12 01.03* is awarded to Defendant for attorney's fees, and is to be paid forthwith by Plaintiff through counsel.

_____

_____

I do hereby certify that this is a full, true and correct copy of the original on file in this office.

_____
Clerk, Circuit Court, First Circuit

[ ]___ Continuation Page(s) Attached. Signatures on Last Page.
APPROVED:

[ ] Form [ ] Content _____ Plaintiff
[ ] Form [ ] Content _____ Defendant
[ ] Form [ ] Content _____ Attorney/Pltff
[ ] Form [ ] Content _____ Attorney/Deft
[ ] Form [ ] Content _____ Other

| Date<br><br>APR 1 3 2007 | Judge<br><br>*Christine E Kuriyama* |
|---|---|

FOR COURT USE ONLY

FILE COPY

LSE

| | | CASE NUMBER |
|---|---|---|
| **FAMILY COURT**<br>**FIRST CIRCUIT**<br>**STATE OF HAWAII** | **ORDER** [X] Granting [X] Denying [X] in Part<br>[ ] Continuing [ ] Oral [X] Re: Defendant's<br>[ ] Motion to [ ] Continue [ ] Withdraw<br>[X] Motion to Compel Discovery and for Sanctions et al | **FC-D No.**<br><br>**01-1-3873** |

| | |
|---|---|
| ERIC TIMOTHY KRENING<br><br>               **PLAINTIFF,**<br><br>09 - 3 - 0 4 5 6 9 - 4 SEA<br>    VS.<br><br>JOY MATSUYAMA<br><br>              **DEFENDANT.** | This document is prepared by:<br>[X] Attorney for [ ] Plaintiff [X] Defendant<br><br>Everett Cuskaden, Esq.    1296-0<br>EVERETT CUSKADEN & ASSOCIATES<br>707 Richards Street, Suite 528<br>Honolulu, Hawaii 96813<br>Phone: (808) 545-1331<br>Fax: (808) 545-1911 |

| Motion Filed On: April 11, 2007 | Judge: Karen M. Radius | Hearing Date: May 9, 2007 |
|---|---|---|

Present at the Hearing:    [ ] Plaintiff    [X] Attorney for Plaintiff   Francis T. O'Brien

                     [ ] Defendant   [X] Attorney for Defendant   Everett Cuskaden

                     [ ] Other:

[ ] Attorney _____ [ ] Plaintiff [ ] Defendant was/were duly served but failed to appear.

    Based upon the representation/record made, IT IS HEREBY ORDERED that the [ ] oral motion is [ ] granted   [ ] denied   [ ] granted in part   [ ] denied in part as follows:

Pursuant to the May 10, 2007 Order Granting Denying in Part Re: Defendnat's Motion to Compel Discovery and for Sanctions et al, the amount of $ 750.00 is awarded to Defendant for attorney's fees, and is to be paid forthwith by Plaintiff through counsel.

I do hereby certify that this is a full, true and correct copy of the original on file in this office

Clerk, Circuit Court, First Circuit

[ ] _____ Continuation Page(s) Attached. Signatures on Last Page.

APPROVED:

[ ] Form  [ ] Content _____ Plaintiff

[ ] Form  [ ] Content _____ Defendant

[ ] Form  [ ] Content _____ Attorney/Pltff

[ ] Form  [ ] Content _____ Attorney/Deft

[ ] Form  [ ] Content _____ Other

| Date | Judge |
|---|---|
| OCT - 3 2007 | |

RECEIVED JUN 2 2 2007

2007 OCT -3 PH 3: 09
N. ANAYA
CLERK
1ST CIRCUIT COURT
STATE OF HAWAII
FILED

FOR COURT USE ONLY

**FILE COPY**

                    EXPEDITED ORDER - SHORT FORM

| FAMILY COURT FIRST CIRCUIT STATE OF HAWAII | ORDER   [X] Granting  [ ] Denying  [ ] in Part [ ] Continuing   [ ] Oral  [X] Re: Defendant's [ ] Motion to  [X] Continue [ ] Withdraw [X] Motion and Affidavit for Post-Decree Relief | CASE NUMBER FC-D No.  01-1-3873 |
|---|---|---|

ERIC TIMOTHY KRENING

PLAINTIFF,

0 9 - 3 - 0 4 5 6 9 - 4 SEA

VS.

JOY MATSUYAMA

DEFENDANT.

This document is prepared by:
[X] Attorney for  [ ] Plaintiff [X]   Defendant

Everett Cuskaden, Esq.        1296-0
EVERETT CUSKADEN & ASSOCIATES
707 Richards Street, Suite 528
Honolulu, Hawaii 96813
Phone: (808) 545-1331
Fax: (808) 545-1911

| Motion Filed On: April 11, 2007 | Judge: Karen M. Radius | Hearing Date:   May 9, 2007 |
|---|---|---|

Present at the Hearing:      [ ] Plaintiff      [X] Attorney for Plaintiff   Francis T. O'Brien
[ ] Defendant   [X] Attorney for Defendant   Everett Cuskaden and
[ ] Other:   Katra Cuskaden

[ ] Attorney _____ [ ] Plaintiff[ ] Defendant was/were duly served but failed to appear.

Based upon the representation/record made, IT IS HEREBY ORDERED that the  [ ] oral motion is [ ] granted       [ ] denied      [ ] granted in part     [ ] denied in part as follows:

Pursuant to the May 10, 2007 Order Granting Re: Defendant's Motion and Affidavit for Post-Decree Relief, the amount of $ 4,037.17 is awarded to Defendant for Plaintiff's share of the January 2007 to June 2007 tuition of the children, and is to be paid forthwith by Plaintiff through counsel.

I do hereby certify that this is a full, true and correct copy of the original on file in this office

_____
Clerk, Circuit Court, First Circuit

RECEIVED
OCT 9 2007
FAMILY COURT, FIRST JUDICIAL CIRCUIT

[ ]___ Continuation Page(s) Attached.  Signatures on Last Page.

APPROVED:

| | | | |
|---|---|---|---|
| [ ] Form | [ ] Content | _____ | Plaintiff |
| [ ] Form | [ ] Content | _____ | Defendant |
| [ ] Form | [ ] Content | _____ | Attorney/Pltff |
| [ ] Form | [ ] Content | _____ | Attorney/Deft |
| [ ] Form | [ ] Content | _____ | Other |

2007 NOV 13 PM 1: 16
1ST CIRCUIT COURT STATE OF HAWAII
CLERK

| Date  NOV 1 3 2007 | Judge  _Karen M. Radius_ |
|---|---|

KAREN M. RADIUS

FOR COURT USE ONLY

FILE COPY

EXPEDITED ORDER - SHORT FORM

**Superior Court of Washington**
**County of KING**

Joy Matsuyama

               Plaintiff,

      v.

Eric Krening,

              Defendant

No. 09 - 3 - 04 5 6 9 - 4 SEA

Sealed Financial Source
Documents
(Cover Sheet)
(SEALFN)
Clerk's action required

---

### Sealed Financial Source Documents

(List below source and write "Sealed" at least one inch from the top of the first page of each document.)

Attached is a certified copy of the Amended Order/Notice to Withhold Income for Child Support, dated November 1, 2007, which contains Defendant Eric Krening's social security number.

Under RCW 26.21, a duplicate copy of this document is being supplied to the Clerk of Court for King County, Washington.

//

//

*Sealed fin source doc – cover sheet - page 1*

**FILE COPY**

KIRK GRIFFIN, ATTORNEY AT LAW
ONE UNION SQUARE #2100
600 UNIVERSITY STREET
SEATTLE, WA 98101
TELEPHONE: (206) 676-7500 FAX: (206) 676-7575
E-mail: kirk@kgriffinlaw.com

Submitted this _30th_ day of June, 2009.

Kirk Griffin, WSBA #6605
Attorney for Plaintiff

Note: the other party will have access to these financial source documents. If you are concerned for your safety or the safety of the children, you may redact (block out or delete) information that identifies your location.

*Sealed fin source doc – cover sheet - page 2*

**KIRK GRIFFIN, ATTORNEY AT LAW**
**ONE UNION SQUARE #2100**
**600 UNIVERSITY STREET**
**SEATTLE, WA 98101**
**TELEPHONE: (206) 676-7500 FAX: (206) 676-7575**
**E-mail: kirk@kgriffinlaw.com**

EVERETT CUSKADEN & ASSOCIATES
Attorneys at Law - A Law Corporation
EVERETT CUSKADEN        1296-0
KATRA CUSKADEN          8248      (SEALED)
707 Richards Street, Suite 528
Honolulu, Hawaii 96813
Telephone: (808) 545-1331
Facsimile: (808) 545-1911
[ ] Attorney for Plaintiff
[X] Attorneys for Defendant

1ST CIRCUIT COURT
STATE OF HAWAII
FILED

2007 NOV -1  AM 10: 04

T. WONG
CLERK

## IN THE FAMILY COURT OF THE FIRST JUDICIAL CIRCUIT

## STATE OF HAWAII

| | |
|---|---|
| ERIC TIMOTHY KRENING ) | FC- D No. 01-1-3873 |
| ) | |
| ) | |
| [X] Plaintiff    [ ] Petitioner ) | [ ] ORIGINAL    [X] AMENDED |
| ) | [ ] TERMINATION |
| vs. ) | ORDER/NOTICE TO WITHHOLD |
| ) | INCOME FOR CHILD SUPPORT |
| JOY REIKO MATSUYAMA ) | |
| ) | |
| ) | |
| [X] Defendant    [ ] Respondent ) | |
| ) | |

[ ] ORIGINAL        [X] AMENDED        [ ] TERMINATION
ORDER/NOTICE TO WITHHOLD INCOME FOR CHILD SUPPORT

**RECEIVED**

OCT 2 9 2007
W
FAMILY COURT, FIRST JUDICIAL CIRCUIT

1FC 12/05

I do hereby certify that this is a full, true and
correct copy of the original on file in this office.

_Thalya Wyman_
Clerk, Circuit Court, First Circuit

OMB0970-154

**[X] ORDER/NOTICE TO WITHHOLD INCOME FOR CHILD SUPPORT**
**[ ] NOTICE OF AN ORDER TO WITHHOLD INCOME FOR CHILD SUPPORT**

[ ] Original    [X] Amended  [ ] Termination    Date: <u>December 22, 2006</u>

[X] State/Tribe/Territory    **HAWAI'I**

    City/Co./Dist./Reservation  **CITY AND COUNTY OF HONOLULU**

[ ] Non-governmental entity or Individual

Tribunal/Case Number:    FC- **D** No. <u>01-1-3873</u>

| | |
|---|---|
| **Herman Recor Araki Kaufman Simmerly & Jackson** | RE:  **Krening, Eric, T.** |
| Employer's/Withholder's Name | Employee's/Obligor's Name (Last, First, MI) |
| **2100 116th Ave NE** | ████1720 |
| **Bellevue, WA 98004-3016** | Employee's/Obligor's Social Security Number |
| | FC-  **D**  No.  **01-1-3873** |
| Employer's/Withholder's Address | Employee's/Obligor's Case Identifier |
| | **Matsuyama, Joy, R.** |
| Employer's/Withholder's Federal EIN Taxpayer ID No. (if known) | Obligee's Name (Last, First, MI) |

**ORDER INFORMATION:** This Order/Notice is based on the support order from **HAWAII.**
You are required by law to deduct these amounts from the employee's/obligor's income until further notice.

| | | | |
|---|---|---|---|
| $   1,040.00 | Per month | current child support | |
| | Per month | past-due child support | Arrears 12 weeks or greater?  [ ] yes  [ ] no |
| | Per month | current medical support | |
| | Per month | past-due child support | |
| | Per month | spousal support | |
| | Per month | other (specify) | |

    for a total of    $   **$1,040.00**    Per month to be forwarded to the payee below.

You do not have to vary your pay cycle to be in compliance with the support order.  If your pay cycle does not match the ordered payment cycle, wihhold one fo the following amounts.

| | | | |
|---|---|---|---|
| $  240.00 | per weekly pay period. | $  520.00 | per semimonthly pay period (twice a month) |
| $  480.00 | per biweekly pay period (every 2 weeks). | $  1,040.00 | per monthly pay period. |

**REMITTANCE INFORMATION**: When remitting payment, provide the pay date/date of withholding and the case identifier.  If the employee's/obligor's principal place of employment is HAWAII, begin withholding no later than the first pay period occurring 7 days after the date of receiving this notice/order.  Send payment within 5 working days of the pay date/date of withholding.  The total withheld amount, including your fee, may not exceed   **60**   % of the employee's/obligor's aggregate disposable weekly earnings.

If the employee's/obligor's principal place of employment is not HAWAII for limitations on withholding, applicable time requirements, and any allowable employer fees, follow the laws and procedures of the employee's/obligor's principal place of employment (see #3 and #9, ADDITIONAL INFORMATION TO EMPLOYERS AND OTHER WITHHOLDERS).

Make check payable to:    CHILD SUPPORT ENFORCEMENT AGENCY    Case <u>FC-D No. 01-1-3873</u>

Send check to:    CHILD SUPPORT ENFORCEMENT AGENCY

                STATE DISBURSEMENT UNIT

                P.O. BOX 1860

                HONOLULU, HI 96805-1860

If remitting payment by EFT/EDI, call (808) 692-7013 before first submission.  Use this FIPS code: _____

Bank routing number: _____    Bank account number: _____

Print Name _____

Title of Issuing Official  JUDGE, FAMILY COURT, FIRST CIRCUIT

Signature and Date ___*Karen X Radiu*_____          **NOV 01 2007**

[ ] IV-D Agency          [X] Court
[ ] Attorney with authority under state law to issue order/notice.

NOTE: Non-IV-D Attorneys, individuals, and non-governmental entities must submit a Notice of an Order to Withhold and include a copy of the income withholding order unless, under a state's law, an attorney in that state may issue an income withholding order. In that case, the attorney may submit an Order/Notice to Withhold and include a copy of the state law authorizing the attorney to issue an income withholding order/notice.

IMPORTANT: The person completing this form is advised that the information on this form may be shared with the obligor.

**ADDITIONAL INFORMATION TO EMPLOYERS AND OTHER WITHHOLDERS**

[ ] If checked, you are required to provide a copy of this form to your employee/obligor. If your employee works in a state that is different from the state that issued this order, a copy must be provided to your employee/obligor even if the box is not checked.

1.    **Priority:**  Withholding under this Order/Notice  has priority over any other legal process under state law (or tribal law, if applicable) against the same income.  If there are federal tax levies in effect, please notify the contact person listed below (See 10 below.)

2.    **Combining Payments:**  You can combine withheld amounts from more than one  employee's/obligor's income in a single payment to each agency/party requesting withholding. You must, however, separately identify the portion of the single payment that is attributable to each employee/obligor.

3.    **Reporting the Paydate/Date of Withholding:**  You must report the paydate/date of withholding when sending the payment. The paydate/date of withholding is the date on which the amount was withheld from the employee's/obligor's wages. You must comply with the law of the state of employee's/obligor's principal place of employment with respect to the time periods within which you must implement the withholding and forward the support payments.

4.    **Employee/Obligor with Multiple Support Withholdings:**  If there is more than one Order or Notice against this employee/obligor and you are unable to honor all support Orders or Notices due to federal, state, or tribal withholding limits, you must follow the state or tribal law/procedure of the employee's/obligor's principal place of employment. You must honor all Orders or Notices to the greatest extent possible. (See 9 below)

5.    **Termination Notification:**  You must promptly notify the Child Support Enforcement (IV-D) Agency and/or the contact person listed below when the employee/obligor no longer works for you. Please provide the information requested and return a complete copy of this Order or Notice to the Child Support Enforcement (IV-D) Agency and/or the contact person listed below. (See 10 below.)

THE EMPLOYEE/OBLIGOR NO LONGER WORKS FOR: _____
EMPLOYEE'S/OBLIGOR'S NAME: Eric Timothy Krening _____     CASE IDENTIFIER: FC- D  No. 01-1-3873
DATE OF SEPARATION FROM EMPLOYMENT: _____
LAST KNOWN HOME ADDRESS: _____
NEW EMPLOYER/ADDRESS: _____

6.    **Lump Sum Payments:**  You may be required to report and withhold from lump sum payments such as bonuses, commissions, or severance pay. If you have any questions about lump sum payments, contact the Child Support Enforcement (IV-D) Agency.

7.    **Liability:** If you have any doubts about the validity of the Order or Notice, contact the agency or person listed below under 10. If you fail to withhold income as the Order or Notice directs, you are liable for both the accumulated amount you should have withheld from the employee's/obligor's income and any other penalties set by state or tribal law/procedure. This Order/Notice is applicable to all employers and to all income as defined in Sections 571-52(e), 571-52.2(n), 576E-1, and 576E-16(f) of the Hawaii Revised Statues

8. **Anti-discrimination:** You are subject to a fine determined under State or tribal law for discharging an employee/ obligor from employment, refusing to employ, or taking disciplinary action against any employee/obligor because of a child support withholding.

9. **Withholding Limits:** For state order, you may not withhold more than the lesser of: 1) the amounts allowed by the Federal Consumer Credit Protection Act (15 U.S.C § 1673(b)); or 2) the amounts allowed by the state of the employee's/ obligor's principal place of employment. The fedral limit applies to the aggregate disposable weekly earnings (ADWE). ADWE is the net income left after making mandatory deductions such as: state, federal, local taxes, Social Security taxes, statutory pension contributions, and Medicare taxes. The Federal CCPA limit is 50% of the ADWE for child support and alimony, which is increased by 1) 10% if the employee does not support a second family; and/or 2) 5% if arrears greater than 12 weeks. For tribal orders, you may not withhold more than the amounts allowed under the law of the state that issued the order.

| Child(ren)'s Names/DOB and Additional Information: | | |
|---|---|---|
| Jared Timothy Seiichi Krening | / | 1/31/95 |
| Emma Elisabeth Reiko Krening | / | 8/7/98 |
| | / | |
| | / | |
| | / | |
| | / | |

10. If you or your employee/obligor have any questions, contact. CHILD SUPPORT ENFORCEMENT AGENCY – OAHU BRANCH by telephone at 587-4250 ALL OTHERS: 1-888-317-9081 by Fax at (808) 692-7060 or by internet at

**Superior Court of Washington**
**County of KING**

Joy Matsuyama

               Plaintiff,

        v.

Eric Krening,

              Defendant

No. 09 - 3 - 04 5 6 9 - 4 SEA

**Declaration of Joy Matsuyama
re: Registering Support Orders
for Enforcement**

I, JOY MATSUYAMA, hereby make this declaration under penalty of perjury of the laws of the state of Washington.

I am the plaintiff in this matter, of legal age, and competent to be a witness.

Defendant Eric Krening is indebted to me under numerous orders and judgments entered in the Family Court of the First Circuit of the State of Hawaii, cause number FC-D No. 01-1-3873. This declaration is made in support of my request that the Hawaii orders and judgments be registered in the state of Washington for enforcement under RCW 26.21.

FILED COPY

**KIRK GRIFFIN, ATTORNEY AT LAW
ONE UNION SQUARE #2100
600 UNIVERSITY STREET
SEATTLE, WA 98101
TELEPHONE: (206) 676-7500/ FAX: (206) 676 7575
E-mail: kirk@kgriffinlaw.com**

Mr. Krening's consolidated arrearage as of the dates specified below is **$62,910.69**, comprised as follows, calculated as follows:

1. Back due support as follows:
   a. $1,040/month x 30 months, through June 2009, = **$31,200.00.**
   b. A judgment for back due support of $5,200.00 entered on May 10, 2007, which judgment is part of foregoing $31,200.00; and
   c. Interest on the above judgment at the Hawaii statutory rate of 10% simple interest is $43.33 per month for 25 months (6/1/07 through 6/30/09) is **$1,083.33.**
2. Back due tuition at his court-ordered rate of 33.9% is as follows:
   a. For January through June 2007, **$4,037.17** (per order of May 10, 2007);
   b. For July 2007 through June 2008: $19,652.30 (Emma) + $16,295.00 (Jared) = $35,947.30 x .339 = **$12,186.13;** and
   c. For July 2008 through April/May 2009: $19,451.60 (Emma) + $17,283.00 (Jared) = $36,734.60 x .339 = **$12,453.03.**
3. Attorney fees as follows:
   a. **$1,201.03** awarded 4/13/07; and
   b. **$750.00** awarded 10/03/07.
4. If interest is due under Hawaii law for the arrearages under the orders, then an additional **$7,941.84** is owed, calculated as follows:
   a. Simple interest at the Hawaii rate of 10% on the support arrearage, computed for each missed monthly payment since 6/1/07 is $2,816.67;
   b. Simple interest at 10% on $4,037.17 for tuition from June 1, 2007 is $33.643/month x 25 months = $841.07;
   c. Simple interest at 10% on $12,186.13 for tuition from June 1, 2007 is $101.551/month x 25 months = $2,538.77;
   d. Simple interest at 10% on $12,453.03 for tuition from June 1, 2008 is $103.775/month x 13 months =

**KIRK GRIFFIN, ATTORNEY AT LAW**
ONE UNION SQUARE #2100
600 UNIVERSITY STREET
SEATTLE, WA 98101
TELEPHONE: (206) 676-7500/ FAX: (206) 676 7575
E-mail: kirk@kgriffinlaw.com

$1,349.08;

    e. Simple interest at 10% on $1,201.03 for attorney fees from 4/13/07 is $10.00/month x 26-1/2 months = $265.00;

    f. Simple interest at 10% on $750.00 for attorney fees from 10/03/07 is $6.25/month x 21 months = $131.25.

Mr. Krening has made no payments on any of these orders/judgments.

Mr. Krening's social security number will be provided under seal.

Signed at Honolulu, Hawaii on July _____, 2009.

*SEE ATTACHED*

_____
Joy Matsuyama, Plaintiff

**KIRK GRIFFIN, ATTORNEY AT LAW**
**ONE UNION SQUARE #2100**
**600 UNIVERSITY STREET**
**SEATTLE, WA 98101**
TELEPHONE: (206) 676-7500/ FAX: (206) 676 7575
E-mail: kirk@kgriffinlaw.com

$1,349.08;

    e. Simple interest at 10% on $1,201.03 for attorney fees from 4/13/07 is $10.00/month x 26-1/2 months = $265.00;

    f. Simple interest at 10% on $750.00 for attorney fees from 10/03/07 is $6.25/month x 21 months = $131.25.

Mr. Krening has made no payments on any of these orders/judgments.

Mr. Krening's social security number will be provided under seal.

Signed at Honolulu, Hawaii on July ____/____, 2009.


Joy Matsuyama, Plaintiff

KIRK GRIFFIN, ATTORNEY AT LAW
ONE UNION SQUARE #2100
600 UNIVERSITY STREET
SEATTLE, WA 98101
TELEPHONE: (206) 676-7500/ FAX: (206) 676 7575
E-mail: kirk@kgriffinlaw.com

## CONFIDENTIAL INFORMATION FORM (INFO)

| County: King | Cause Number: 09 - 3 - 0 4 5 6 9 - 4 SEA | Do not file in a public access file. |
|---|---|---|

**COURT CLERK: THIS IS A RESTRICTED ACCESS DOCUMENT**

x Divorce/Separation/Invalidity/Nonparental Custody/Paternity/Modifications ☐ Other

☐ Domestic Violence ☐ Antiharassment ☐ Information Change (Check if you are updating information)

☐ A restraining order or protection order is in effect protecting ☐ the petitioner ☐ the respondent ☐ the children.

☐ The health, safety, or liberty of a party or child would be jeopardized by disclosure of address information because: _____

_____

**The following information about the parties is required in all cases:**
(Use the Addendum To Confidential Information Form to list additional parties or children)

| Petitioner Information | Type or Print only | Respondent Information |
|---|---|---|

Name (Last, First, Middle)
Matsuyama, Joy

| Race | Sex | Birthdate |
|---|---|---|
| Asian | F | 7/15/1964 |

Driver's Lic. or Identicard (# and State)

█████████ Hawaii

Mailing Address (P.O. Box/Street, City, State, Zip)
6105B Summer St., Honolulu, Hawaii

Relationship to Child(ren)
Mother

Name (Last, First, Middle)
Krening, Eric

| Race | Sex | Birthdate |
|---|---|---|
| Caucasian | M | 12/6/1960 |

Driver's Lic. or Identicard (# and State), (or, if unavailable, residential address)
???

Mailing Address (P.O. Box/Street, City, State, Zip)
2100- 116th Ave NE, Bellevue, WA  98004

Relationship to Child(ren)
Father

**The following information is required if there are children involved in the proceeding.**
(Soc. Sec. No. is not required for petitions in protection order cases (Domestic Violence/Antiharassment).

1) Child's Name (Last, First, Middle) Krening, Emma

Child's Race/Sex/Birthdate:  Asian/Caucasian, Female, 8/7/98

Child's Soc. Sec. No. (If required) N/A

Child's Present Address or Whereabouts:  With mother

UH-01.0600 Confidential Information Form (INFO) (12/2001) - Page 1 of 2

**FILE COPY**

2) Child's Name (Last, First, Middle):  Krening, Jared

Child's Race/Sex/Birthdate Asian/Caucasian, Male, 1/31/95

Child's Soc. Sec. No. (If required) N/A

Child's Present Address or Whereabouts:  With Mother

List the names and present addresses of the persons with whom the child(ren) lived during the last five years: With mother, same address all five years, couple years/with father, unknown present address
                                                *also*

List the names and present addresses of any person besides you and the respondent who has physical custody of, or claims rights of custody or visitation with, the child(ren):
N/A

| **Except** for petitions in protection order cases (Domestic Violence/Antiharassment), the following information is required: | |
|---|---|
| **Petitioner's Information** | **Respondent's Information** |
| Soc. Sec. No.: ▮▮-6728 | Soc. Sec. No.: ▮▮1720 |
| Residential Address (Street, City, State, Zip) 6105B Summer St. Honolulu, Hawaii | Residential Address (Street, City, State, Zip) Unknown; work address is 2100- 116th Ave NE, Bellevue, WA  98004 |
| Telephone No.: (808) 396-7628 | Telephone No.: (    ) |
| Employer: HAWAII PACIFIC HEALTH | Employer: Herman & Recor |
| Empl. Address: 55 Merchant St, #26 Honolulu, Hawaii 96813 | Empl. Address: same as above |
| Empl. Phone No.: (808) 522-4590 | Empl. Phone No.: (425) 451-1400 |

Additional information:_____

☐ Addendum To Confidential Information Form is attached.

I certify under penalty of perjury under the laws of the state of Washington that the above information is true and accurate concerning myself and is accurate to the best of my knowledge as to the other party, or is unavailable. The information is unavailable because Mr. Krening refuses to provide his home address.

Signed on __7/1/09__ (Date) at __Honolulu, Hawaii__ (City and State).

                                        Petitioner/Respondent

UH-01.0600 Confidential Information Form (INFO) (12/2001)  Page 2 of 2