UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In re:

ERIC T. KRENING,

        Debtor.

No. 09-44745

**ORDER STRIKING HEARING ON DEBTOR'S MOTION FOR SANCTIONS AGAINST MATSUYAMA AND GRIFFIN**

The continued hearing on the motion of Eric Krening for damages for violations of the automatic stay against Joy Matsuyama and Kirk Griffin (docket no. 96), previously special set for 11 December 2009, is **STRICKEN**.

It appears from the pleadings submitted that there were violations of the automatic stay warranting sanctions. Should Matsuyama and/or Griffin desire to submit additional briefing or any declarations or affidavits in response to the Krening declaration, they shall do so not later than **17 December 2009**, with any response due by **28 December 2009**. The matter will be reset upon the expiration of these deadlines.

**/// –  END OF ORDER  – ///**

_[signature]_
United States Bankruptcy Judge
(Dated as of Entered on Docket date above)

(09-44745 - Eric T. Krening)
ORDER STRIKING HEARING - 1 of 2

CERTIFICATE OF SERVICE:
I CERTIFY I SERVED COPIES OF
THE FOREGOING (VIA U.S. MAIL,
FACSIMILE, OR ELECTRONICALLY) ON:

| | |
|---|---|
| Eric T. Krening<br>Email: etkrening@yahoo.com<br>(Pro Se Debtor) | David M. Howe<br>Chapter 13 Trustee<br>Served via ECF |
| US Trustee<br>Served via ECF | Kirk Griffin<br>Email: kirk@kgriffinlaw.com<br>(Representing Joy Matsuyama) |

DATE: December 3, 2009

BY: /s/ Juanita C. Kandi