UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON (TACOMA)

| | |
|---|---|
| In re:<br><br>ERIC T. KRENING,<br><br>         Debtor. | No. 09-44745<br><br>**ORDER re HEARING ON MOTION TO PAY CARYL AND FIND STAY VIOLATION** |

In view of the Declaration of Simmerly, filed 5 January 2010 (docket no. 133), **IT IS ORDERED**:

1. Hearing on the Debtor's request for the finding of a stay violation and the award of sanctions contained in his 7 October 2009 motion to pay Caryl, find a stay violation by Simmerly, and direct turnover of property of the bankruptcy estate to the trustee after payment to Caryl (docket no. 73), is continued to **Wednesday, 10 February 2010**;

2. Debtor shall file his response not later than **Wednesday, 27 January 2010**;

3. Simmerly may file a reply not later than **Wednesday, 3 February 2010**;

4. If Debtor accedes to Simmerly's demand to withdraw his request he shall do so by **Friday, 15 January 2010**, failing which Simmerly shall, if he intends to request sanctions, file his motion not later than

**Friday, 22 January 2010**, and Debtor shall file his response, if any, not later than **Wednesday, 3 February 2010**; and

==5.    Any party opposing the payment to Caryl and turnover of property to the trustee as requested in Debtor's motion SHALL, NOT LATER THAN NOON, TUESDAY, 12 JANUARY 2010, file a response so indicating.==

/// - **END OF ORDER** - ///

Philip H. Brandt
United States Bankruptcy Judge
(Dated as of "Entered on Docket" date above)

CERTIFICATE OF SERVICE:
I CERTIFY I SERVED COPIES OF
THE FOREGOING (VIA U.S. MAIL,
FACSIMILE, OR ELECTRONICALLY)ON:

| | |
|---|---|
| Eric T. Krening | David M. Howe, Trustee |
| Email: etkrening@yahoo.com | Served via ECF |
| US Trustee | Michael R. Caryl |
| Served via ECF | Email: MichaelC@michaelcaryl.com |
| Kirk L. Griffin | Mark G. Honeywell |
| Email: kirk@kgriffinlaw.com | Email: mhoneywell@gth-law.com |
| Zachary Mosner | Danae M. Rawson |
| Email: bcumosner@atg.wa.gov | Email: danae.m.rawson@irscounsel.treas.gov |
| Marc L. Silverman | Paul E. Simmerly |
| Email: silvermanlaw@earthlink.net | Email: psimmerly@hermanrecor.com |

DATE:   January 8, 2010

BY:     /s/ Juanita C. Kandi